# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUIS CARTER, III

VERSUS

ERIN JACKSON CARTER

NO.  2024 CW 0988

**NOVEMBER 18, 2024**

---

In Re:    Erin Jackson Carter, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20200002912.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT